```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

J&J SPORTS PRODUCTIONS, INC.,

                    Plaintiff,              MEMORANDUM & ORDER
                                             19-CV-5220(EK)(MJ)
         -against-

EL TRIO CORP., an unknown business
entity d/b/a EL TRIO SPORTS BAR,

                    Defendant.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Cho's Report and Recommendation (R&R) dated August 20, 2024. ECF No. 40. Judge Cho recommends that the Court grant the plaintiff's motion for default judgment. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Cho's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

        Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, the plaintiff's motion for default judgment is granted and the plaintiff is awarded $1,800 in statutory damages, $5,400 in enhanced damages, and post-judgment interest at the statutory rate. The Clerk of

Court is respectfully directed to enter judgment and close the case.

SO ORDERED.

        /s/ Eric Komitee
        ERIC KOMITEE
        United States District Judge

Dated:    September 9, 2024
             Brooklyn, New York